**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

NEW LIGHT BAPTIST CHURCH                                                    PLAINTIFF

VS.                                                          CAUSE NO. 1:08-CV-560-HS0-RHW

STATE FARM FIRE AND CASUALTY COMPANY                        DEFENDANT

## MOTION TO QUASH A SUBPOENA DUCES TECUM

Comes now, New Light Baptist Church, Plaintiff, by and through undersigned counsel, and pursuant to FRCP 45(B)(3), and moves the court to quash the subpoena duces tecum hereto served upon Hancock Bank commanding it to produce privileged and/or other protected matter, namely its sensitive, private and protected personal financial information, as identified in the Subpoena Duces Tecum, attached to this motion as Exhibit "A." Further, disclosure of the privileged documents and/or other protected matter listed in Exhibit "A," is oppressive and burdensome, overly broad, calls for the production of irrelevant documents and is a violation of Plaintiff's privacy rights.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that this Court quash the aforementioned Subpoena Duces Tecum.

Respectfully submitted, this the 17th day of February, 2009.

                                    *s/Deborah R. Trotter*
                                    DEBORAH R. TROTTER
                                    (MS Bar#101360)
                                    **MERLIN LAW GROUP**
                                    368 Courthouse Road, Suite C
                                    Gulfport, MS 39507
                                    Telephone    228.604.1175
                                    Fax            228.604.1176
                                    Email dtrotter@merlinlawgroup.com
                                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on February 17, 2009, that I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    *s/Deborah R. Trotter*
    DEBORAH R. TROTTER

    DEBORAH R. TROTTER (MSB#101360)
    **MERLIN LAW GROUP, P.A.**
    368 Courthouse Road, Suite C
    Gulfport, Mississippi 39507
    Telephone (228) 604-1175
    Facsimile (228) 604-1176
    Email dtrotter@merlinlawgroup.com
    Attorney for Plaintiff