**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**NEW LIGHT BAPTIST CHURCH**                                                    **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 1:08cv560-HSO-RHW**

**STATE FARM FIRE AND CASUALTY
COMPANY**                                                                        **DEFENDANT**

**ORDER**

Before the Court is [47] Defendant's September 14, 2009 motion to compel discovery. During a telephone conference with counsel for the parties on September 30, 2009, Plaintiff's attorney advised she is attempting to obtain receipts and documentation for work already performed, and if she is unable to locate these documents, she will so advise counsel for Defendant. The Court instructed counsel for the parties to confer in person to review the requests for documents and information as counsel for both parties advised that this will likely resolve the issue. The Court will therefore moot this motion to compel, and Defendant may file a second motion as deemed necessary. During the telephone conference, the Court also discussed settlement with counsel, and was advised that Defendant's adjuster recently inspect the buildings. After receipt of any additional documents following the discovery conference between counsel, as well as the deposition of the church secretary and a review of the adjuster's report, the parties will be in a better position to concentrate on settlement prospects. It is therefore,

**ORDERED** that the motion to compel is held moot, this the 2nd day of October, 2009.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE