IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NEW LIGHT BAPTIST CHURCH                                              PLAINTIFF

VS                                                CASE NO. 1:08-CV-560-HSO-RHW

STATE FARM FIRE & CASUALTY COMPANY                                   DEFENDANT

**PLAINTIFF'S AMENDED RESPONSE**

COMES NOW Plaintiff, New Light Baptist Church ("Plaintiff"), by and through undersigned counsel, and hereby files its Amended Response to amend Plaintiff's Response [Doc. 64] filed on November 10, 2009.  Defendant simultaneously filed three motions for protective order in response to Plaintiff's Notices of 30(b)(6) Depositions, one of which was an expedited motion to quash and for protective order, for which the *Lebon* Court ordered Plaintiff on November 9, 2009, to Respond by 9:00am on November 10, 2009, during Hurricane Ida Warnings.  As all three Motions filed simultaneously by Defendant were similar in substance, context and argument, with the exception of the additional motion to quash in the *Lebon* case, Plaintiff's counsel determined that in the interest of judicial economy and consistency that all should be responded to simultaneously and in combination.

Plaintiff has corrected the title to its Response [Doc. 64] and references thereto in the paragraphs below.  Plaintiff hereby incorporates the remaining portions of its Response [Doc. 64], including exhibits, in its entirety.

1. The Title of Plaintiffs' Response [Doc. 64] should read: **PLAINTIFF'S COMBINED RESPONSES TO DEFENDANT'S MOTIONS FOR PROTECTIVE ORDER REGARDING PLAINTIFF'S NOTICES OF**

**30(b)(6) and 30(b)(6) IT VIDEO DEPOSITION AND ISSUANCE OF DEPOSITION SUBPOENA DUCES TECUM.**

2. Paragraph 18 of Plaintiff's Response [Doc. 64] should read: There are similar pending motions, filed simultaneously, in two other cases being litigated by the firms that are parties to this motion, <u>Defendant's Expedited Motion to Quash Plaintiffs' Notices of 30(b)(6) and Issuance of Deposition Subpoena Duces Tecum, or in the Alternative, Motion for Protective Order</u> and <u>Defendant's Expedited Motion to Quash Plaintiffs' Notices of (30(b)(6) IT Video Deposition and Issuance of Deposition Subpoena Duces Tecum, or in the Alternative, Motion for Protective Order</u> in *Marion S. Lebon and Lisa Cowand v. State Farm Fire & Casualty Company,* 1:08-cv-509-LTS-RHW, and <u>Defendant's Motion for Protective Order Regarding Plaintiff's Notice of 30(b)(6) Video Deposition and Issuance of Deposition Subpoena Duces Tecum</u> and <u>Defendant's Motion for Protective Order Regarding Plaintiff's Notice of 30(b)(6) IT Video Deposition and Issuance of Deposition Subpoena Duces Tecum</u> in *Raymond Lizana v. State Farm Fire & Casualty Company,* 1:08-cv-501-LTS-MPT.

3. Plaintiff's prayer for relief in Plaintiff's Response [Doc. 64] should read: WHEREFORE PREMISES CONSIDERED, Plaintiff, New Light Baptist Church, requests that this Court deny State Farm's Motion for Protective Order and grant its request for a 30(b)(6) deponent(s) which can, at a minimum, speak to those topics outlined in Plaintiff's Notices of 30(b)(6) Deposition. Plaintiff further requests that this Court require the requested documents to be produced pursuant to 30(b)(2) prior to or at the deposition.

Respectfully, submitted, this the 18th day of November, 2009.

*/s/Deborah R. Trotter*
Deborah R. Trotter, Esquire
MS Bar# 101360
MERLIN LAW GROUP, P.A.
368 Courthouse Road, Suite C
Gulfport, Mississippi   39507
Telephone:   228-604-1175
Facsimile:   228-604-1176
dtrotter@merlinlawgroup.com

## CERTIFICATE OF SERVICE

I, DEBORAH R. TROTTER, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Hal S. Spragins
Hickman, Goza & Spragins
P.O. Drawer 668
Oxford, MS   38655
sspragins@hickmanlaw.com

This the 18th day of November, 2009.

*/s/Deborah R. Trotter*
Deborah R. Trotter, MSB #101360

Merlin Law Group, P.A
368 Courthouse Road, Suite C
Gulfport, MS   39507
Telephone (228) 604-1175
Fax (228) 604-1176
Email:   dtrotter@merlinlawgroup.com